UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY as Subrogee of TBT Aviation, LLC and TBT Aviation, LLC,<br>    Plaintiffs,<br><br>v.<br><br>GOSHEN AIR CENTER, INC., JUSTIN DALE, and RANDALL SHARKEY,<br>    Defendants.<br>_____<br>GOSHEN AIR CENTER, INC.,<br>    Third Party Plaintiff,<br><br>v.<br><br>ESTLICK-GIRVIN & LEFEVER INSURANCE AGENCY D/B/A STAR INSURANCE,<br>    Third Party Defendants.<br>_____<br>ESTLICK-GIRVIN & LEFEVER, INC. D/B/A STAR INSURANCE AGENCY,<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>ARLINGTON/ROE & CO., INC.,<br>    Fourth-Party Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 1:11-cv-081-RBC-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO DISMISS THIRD PARTY COMPLAINT WITHOUT PREJUDICE**

Comes now the Third Party Plaintiff, Goshen Air Center, by and through its counsel, Starr Austen & Miller, LLP, and hereby moves that the Third Party Complaint filed against Estlick-Girvin & Lefever Insurance Agency d/b/a Star Insurance be dismissed without prejudice against refilling.

          s/ Andrew B. Miller
Andrew B. Miller
Starr Austen & Miller, LLP
201 South Third Street
Logansport, IN  46947
(574) 722-6676
(574) 753-3299
miller@starrausten.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Andrew L. Palmison
apalmison@rlwlawfirm.com

Calvert S. Miller
cmiller@rlwlawfirm.com

James J. Shea
jshea@hsk-law.com

Kathleen A. Kilar
kkilar@hsk-law.com

Matthew K. Phillips
mphillips@k-glaw.com

          s/ Andrew B. Miller
Andrew B. Miller
Starr Austen & Miller, LLP
201 South Third Street
Logansport, IN  46947
(574) 722-6676
(574) 753-3299
miller@starrausten.com

100111.006/dismiss-motion-fed-ct