UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY as Subrogee of TBT Aviation, LLC and TBT Aviation, LLC, <br>     Plaintiffs, <br><br> v. <br><br> GOSHEN AIR CENTER, INC., JUSTIN DALE, and RANDALL SHARKEY, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:11-cv-081-RBC-RBC <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Come now Plaintiffs, Allianz Global Risks US Insurance Company as Subrogee of TBT Aviation, LLC and TBT Aviation, LLC, by counsel, Andrew L. Palmison, and Defendants, Goshen Air Center, Inc., Justin Dale and Randall Sharkey, by counsel, Starr Austen & Miller, LLP, and hereby stipulate to the dismissal of Plaintiffs' claims against Defendants with prejudice against the refiling thereof.

s/ Andrew L. Palmison
Andrew L. Palmison
Rothberg Logan & Warsco LLP
505 E. Washington Blvd.
P.O. Box 11647
Fort Wayne, IN  46859-1647
(260) 422-9454
apalmison@rlwlawfirm.com

s/ Andrew B. Miller
Andrew B. Miller
Starr Austen & Miller, LLP
201 South Third Street
Logansport, IN  46947
(574) 722-6676
(574) 753-3299
miller@starrausten.com

100111.006/stip-dismissal-fed-ct